JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

S. DEREK SHUGERT, OH Bar No. 84188
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-9269
Fax: (202) 305-0506
shawn.shugert@usdoj.gov

*Attorney for Federal Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.,*<br><br>　　Plaintiffs,<br><br>　　v.<br><br>USDA APHIS WILDLIFE SERVICES, *et al.*,<br><br>　　Federal Defendants. | Case No. 3:17-cv-3564-WHA<br><br>**PARTIES' STIPULATION TO AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

3:17-cv-3564-WHA; Stipulated Ext. of Time

Counsel for Plaintiffs Center for Biological Diversity *et al.*, and Federal Defendants U.S. Department of Agriculture APHIS Wildlife Services, *et al.,* have conferred, and the parties hereby stipulate, pursuant to Civil L.R. 6-1(a), to a 45-day extension of time for the Federal Defendants to answer or otherwise respond to the complaint, until October 5, 2017.  This change will not alter the date of any event or any deadline already fixed by Court order.

Respectfully submitted,

DATED:  August 7, 2017

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

 */s/ S. Derek Shugert*
S. DEREK SHUGERT
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 514-9269
Fax:  (202) 305-0506
E-mail:  shawn.shugert@usdoj.gov

*Attorney for Federal Defendants*

 */s/ Collette L. Adkins*
Collette L. Adkins (MN Bar No. 035059X)
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN 55014-0595
Phone: (651) 955-3821
cadkins@biologicaldiversity.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, S. Derek Shugert, hereby certify that, on August 7, 2017, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ S. Derek Shugert*

S. Derek Shugert