JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

S. DEREK SHUGERT, OH Bar No. 84188
Trial Attorney
Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-9269
Fax: (202) 305-0506
shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.,*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>USDA APHIS WILDLIFE SERVICES, *et al.*,<br><br>　　　　Federal Defendants. | **Case No. 3:17-cv-3564-WHA**<br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL** |

　　　　The Parties to this action filed a Settlement Agreement on October 30, 2017, (ECF No. 36) that resolved Plaintiffs' claims in this case. In consideration of that Settlement Agreement, the Parties stipulate pursuant to Fed. R. Civ. P. 41 that this case may be dismissed with prejudice. The Parties further request this Court retain jurisdiction over this case for the sole purpose of enforcing compliance with the terms of the Settlement Agreement or resolving any disputes concerning the implementation of the Settlement Agreement as set forth in the Parties' Agreement (ECF No. 36).

　　　　SO STIPULATED:

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  October 30, 2017 | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>U.S. Department of Justice<br>Environment & Natural Resources Division |

By   */s/ S. Derek Shugert*
S. DEREK SHUGERT
Trial Attorney
Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 514-9269
Fax:  (202) 305-0506
E-mail:  shawn.shugert@usdoj.gov

*Attorney for Federal Defendants*


*/s/ Collette L. Adkins*
Collette L. Adkins (MN Bar No. 035059X)*
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN 55014-0595
Phone: (651) 955-3821
cadkins@biologicaldiversity.org

Jennifer L. Loda (CA Bar No. 284889)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Phone: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*

**ATTESTATION OF COUNSEL**

I attest that I have secured the concurrence of the counsel whose signature appears above as to the form and contents of this document and his authorization to file this document on his behalf, as evidenced by the conformed signature appearing above.

DATED:  October 30, 2017                                           */s/ S. Derek Shugert*
                                                                                    S. DEREK SHUGERT

**[PROPOSED] ORDER**

The Stipulation set forth above is APPROVED, and accordingly it is HEREBY ORDERED that in consideration of the Settlement Agreement filed by the Parties (ECF No. 36), this case is hereby dismissed with prejudice, but the Court retains jurisdiction over this case for the sole purpose of overseeing compliance with the terms of the Settlement Agreement and resolving any disputes concerning the implementation of the Settlement Agreement as set forth in the Parties' agreement.

DATED:  November 1, 2017.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

4